UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMJAE A. D'ALLO,<br><br>            Plaintiff,<br><br>    v.<br><br>STEPHANIE MODRIJAN et al.,<br><br>            Defendant. | Case No. 3:24-cv-05325-TMC<br><br>ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |

Plaintiff Timjae A. D'allo filed an Application to Proceed *In Forma Pauperis* (IFP) in the above-entitled action. Dkt. 1. After careful consideration of the Application, the governing law, and the balance of the record, the Court ORDERS as follows:

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, the Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP Application (Dkt. 1) is GRANTED.

The Clerk of Court is directed to file Plaintiff's Amended Complaint (Dkt. 8).

Dated this 26th day of September, 2024.

_____
Tiffany M. Cartwright
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 2