UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMJAE A. D'ALLO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEPHANIE MODRIJAN; VANESSA MACBRIDE; SHELBY LAGO; ADAM PETERSON; COLE MADISON; ALBERTO BAENA-ESTRADA,<br><br>　　　　　Defendant. | Case No. 3:24-cv-05325-TMC<br><br>ORDER ON PENDING MOTIONS |

## I. ORDER

On November 3, 2025, the Court held a hearing and ruled from the bench on seven pending motions. For the reasons stated on the record at the hearing, the Court orders as follows:

1. Defendants' Partial Motion to Dismiss (Dkt. 66) is GRANTED. Mr. D'Allo's state law claims—namely causes of action (3), (4), and (5)—are DISMISSED WITHOUT PREJUDICE for failure to comply with RCW 4.92.110.

2. Plaintiff's Motion for Sanctions (Dkt. 69) is DENIED.

ORDER ON PENDING MOTIONS - 1

3. Plaintiff's Motion to Compel (Dkt. 71) is DENIED. As discussed at the hearing, Mr. D'Allo must submit additional discovery requests to Defendants if there is more information that he is seeking. The discovery period in this case lasts until March 27, 2026 (see Dkt. 62). The parties should contact the Court using Judge Cartwright's discovery dispute procedure if there are more disagreements about discovery.

4. Plaintiff's Motion to Amend Discovery Timeframe (Dkt. 73) is DENIED. As discussed at the hearing, if Mr. D'Allo believes that documents from earlier in his DOC supervision are relevant to the case, he must submit new written requests for production to Defendants for those specific documents.

5. Plaintiff's Motion to Appoint Counsel (Dkt. 77) is DENIED WITHOUT PREJUDICE. At this time, there are not exceptional circumstances warranting the appointment of counsel.

6. Plaintiff's Motion for Hearing (Dkt. 83) is GRANTED to the extent that the Court held a hearing on November 3, 2025.

7. Plaintiff's Motion to Disregard/Limit Prejudicial Inferences (Dkt. 87) is GRANTED to the extent the Court explained to Mr. D'Allo that his underlying conviction is not being considered in the Court's discovery rulings.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 3rd day of November, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER ON PENDING MOTIONS - 2